# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JONES, | **Case No. CV 15-01785 SJO (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| M. BOWEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: December 5, 2015.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE